ETC. November 14, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *The Attorney General* for petitioner. *Mr. William Y. C. Anderson* for respondents.

No. 747. P. A. WILLCOX, RECEIVER, ETC., PETITIONER, *v.* LEILA A. JONES, ADMINISTRATRIX, ETC. November 28, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Henry E. Davis* for petitioner. *Mr. Walter Hazard* for respondent.

No. 755. E. F. SWIFT ET AL., PETITIONERS, *v.* LESTER M. DAVID. November 28, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. William T. S. Curtis* for petitioners. *Mr. James A. Kerr* for respondent.

No. 769. E. M. HERR ET AL., RECEIVERS, ETC., PETITIONERS, *v.* THE TWEEDIE TRADING COMPANY. November 28, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Parker Kirlin* and *Mr. Charles R. Hickox* for petitioners. *Mr. Frederick M. Brown* for respondent.

No. 771. ZOE AGNES SEMPLE ET AL., EXECUTORS, ETC., PETITIONERS, *v.* LEWIS CONSTRUCTION COMPANY. November 28, 1910. Petition for a writ of certiorari to the